CHAUNCEY KILMER, Appellant, *v.* SAULESBURY S. BRADLEY et al., Respondents.

An appeal from an order of General Term affirming a judgment is premature and unauthorized; judgment should first be entered and the appeal taken from the judgment.

(Argued January 27, 1880; decided February 3, 1880.)

THIS was a motion to dismiss appeal as premature and unauthorized.

The defendants demurred to the complaint herein.  The demurrer was sustained and judgment was entered in their favor dismissing the complaint, with costs.   From that judgment the plaintiff appealed to the General Term, and there an order was made affirming the judgment, with costs. Before the defendants could procure the taxation of their costs upon the appeal or enter judgment, the plaintiff appealed from the order of affirmance to this court and gave the undertaking staying defendants' proceedings.  *Held*, that "the motion should be granted.   The judgment should first have been entered, and the appeal should then have been taken from that."

*Per Curiam* opinion for granting motion.
All concur.
Appeal dismissed.